U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAR 1 8 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 2:12CR20038-001

JOHN MARC RYAN

## FINAL ORDER OF FORFEITURE

On January 29, 2013, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 18). In the Preliminary Order of Forfeiture, Dell Demension 4600 Computer Tower Containing a Western Digital Harddrive, Serial Number CN-0G3022-42940-3A1-06G7; Western Digital External Harddrive, Serial Number WCANMC504342; Dell Inspiron 1521 Notebook Computer, Serial Number CN-OKY766-48643-7CF-2383 containing a Seagate 160 GB Hard Drive; and, numerous CD/DVDS seized pursuant to this case were forfeited to the United States pursuant to 18 U.S.C. § 2253.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On March 12, 2013, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on January 29, 2013, shall become final at this time.

IT IS SO ORDERED this 18th day of MARCH, 2013.

/s/ P.K. Holmes III
HONORABLE P.K. HOLMES III
UNITED STATES DISTRICT JUDGE